**DALE A. BLICKENSTAFF 40681**
Attorney at Law
5151 North Palm Avenue, Suite 10
Fresno, California 93704
Telephone: (559) 221-1515

Attorney for JAMES EDWARD LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JAMES EDWARD LEE,<br><br>  Defendant. | Case No. 1:02 CR5301 OWW<br><br>SUBSTITUTION OF ATTORNEYS AND ORDER THEREON |

      Defendant JAMES EDWARD LEE substitutes William Romaine, Attorney at Law, 1200 South Woodland, Suite A, Visalia, California 93277, (559) 635-3040, as his attorney of record in place and stead of Dale A. Blickenstaff, Attorney at Law.

Dated: June 8, 2005.  /S/_____
                                    JAMES EDWARD LEE

      Above substitution accepted.

Dated: June 8, 2005.  /S/_____
                                    WILLIAM ROMAINE

      Above substitution agreed to.

Dated: June 8, 2005.  /S/_____
                                    DALE BLICKENSTAFF

      IT IS SO ORDERED.

Dated: _____June 9, 2005_____   /s/ ROBERT E. COYLE_____
                                    UNITED STATES DISTRICT JUDGE