```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
```

```
UNITED STATES OF AMERICA,        )
                                 )    1:02-cr-5301 OWW
               Plaintiff,        )
    vs.                          )
                                 )    ORDER FOR RETURN OF
JAMES EDWARD LEE,                )    PASSPORT
                                 )
               Defendants.       )
_____)
```

The above-named defendant having been sentenced and having surrendered to the Bureau of Prisons as directed,

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or his representative.

IT IS SO ORDERED.

**Dated:   March 3, 2006**              /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE